UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR HARRIS, | No. 2:18-cv-2754-MCE-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| XAVIER BECERRA, et al. | |
| Defendants. | |

On October 12, 2018, plaintiff, proceeding without counsel, commenced this action and requested leave to proceed *in forma pauperis*. (ECF Nos. 1, 2.) However, plaintiff's application is incomplete. Although it lists that he receives a VA pension, plaintiff does not provide the amount of that monthly benefit.

Therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is DENIED WITHOUT PREJUDICE.
2. Within 28 days of this order, plaintiff shall either pay the filing fee or submit a properly-completed motion to proceed *in forma pauperis*.
3. Failure to either pay the filing fee or submit a properly-completed motion to proceed *in forma pauperis* by the applicable deadline will be deemed to be plaintiff's

1

abandonment of the action, and will result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: November 8, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE