UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR HARRIS,<br><br>  Plaintiff,<br><br>  v.<br><br>XAVIER BECERRA, et al.<br><br>  Defendants. | No. 2:18-cv-2754-MCE-KJN PS<br><br><br>ORDER |

On January 10, 2019, the court denied plaintiff's motion to proceed *in forma pauperis* based on an analysis of plaintiff's income under the poverty guidelines, as well as plaintiff's own representation that he has a bank account with a balance of $26,000.00. (ECF No. 7.)

On January 22, 2019, plaintiff filed a motion for reconsideration as well as an interlocutory appeal to the Ninth Circuit Court of Appeals. (ECF Nos. 11, 13.) Having carefully reviewed plaintiff's motion for reconsideration, the court finds no proper basis to reconsider its prior decision denying the motion to proceed *in forma pauperis*. As such, the motion is denied.

The Ninth Circuit Court of Appeals will consider plaintiff's interlocutory appeal on whatever schedule it deems appropriate. However, plaintiff is cautioned that unless the Ninth Circuit issues a formal stay, this court's order requiring payment of the filing fee within 28 days of the January 10, 2019 order remains in full effect. Failure to timely pay the filing fee may result

in a recommendation that the action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Accordingly, plaintiff's motion for reconsideration (ECF No. 13) is DENIED.

IT IS SO ORDERED.

Dated: January 25, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE