UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>XAVIER BECERRA, et al.<br><br>　　　　　Defendants. | No. 2:18-cv-2754-MCE-KJN PS<br><br><br>FINDINGS AND RECOMMENDATIONS |

On January 10, 2019, the court denied plaintiff's motion to proceed *in forma pauperis* based on an analysis of plaintiff's income under the poverty guidelines, as well as plaintiff's own representation that he has a bank account with a balance of $26,000.00. (ECF No. 7.)

On January 22, 2019, plaintiff filed a motion for reconsideration as well as an interlocutory appeal to the Ninth Circuit Court of Appeals. (ECF Nos. 11, 13.) Although the motion alleged purported miscalculation of expenses by the undersigned, it made no reference to plaintiff's bank account balance of $26,000.00 listed in plaintiff's motion to proceed *in forma pauperis*. (ECF No. 5 at 3.)

Consequently, on January 25, 2019, the court denied plaintiff's motion for reconsideration. (ECF No. 14.) The court also expressly cautioned plaintiff as follows:

The Ninth Circuit Court of Appeals will consider plaintiff's

1

|   |   |
|---|---|
| 1 | interlocutory appeal on whatever schedule it deems appropriate. However, plaintiff is cautioned that unless the Ninth Circuit issues a formal stay, this court's order requiring payment of the filing fee within 28 days of the January 10, 2019 order remains in full effect. Failure to timely pay the filing fee may result in a recommendation that the action be dismissed pursuant to Federal Rule of Civil Procedure 41(b). |

(Id.)

Although the deadline to pay the filing fee has now long passed (28 days from January 10, 2019 was February 7, 2019), plaintiff failed to pay the filing fee; nor has the Ninth Circuit issued a stay of the court's prior order denying plaintiff's motion to proceed *in forma pauperis*. Therefore, at this juncture, the court recommends that the action be dismissed without prejudice for failure to pay the filing fee.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. This action be dismissed without prejudice.
2. The Clerk of Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served on all parties and filed with the court within fourteen (14) days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

IT IS SO RECOMMENDED.

Dated: February 21, 2019

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE