UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR HARRIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>XAVIER BECERRA, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-02754-MCE-KJN<br><br>**ORDER** |

　　　　Plaintiff Arthur Harris ("Plaintiff"), proceeding without counsel, filed a motion to proceed in forma pauperis ("IFP Motion"). ECF No. 5. On January 10, 2019, the Magistrate Judge denied Plaintiff's IFP Motion. ECF No. 7. On March 22, 2019, this Court dismissed the case for failure to pay the filing fee, and judgment was entered that same day. ECF Nos. 19, 20. On October 24, 2019, the United States Court of Appeals for the Ninth Circuit vacated this Court's judgment and remanded the case for further proceedings on grounds that the Magistrate Judge lacked authority to deny Plaintiff's IFP Motion. ECF No. 23.

///
///
///
///

1  For the reasons stated in the Magistrate Judge's order (see ECF No. 7), Plaintiff's
2  IFP Motion, ECF No. 5, is DENIED.  This case is DISMISSED without prejudice, and the
3  Clerk of the Court is directed to close the case.
4  IT IS SO ORDERED.
5  Dated:  November 4, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE