UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR HARRIS, | No. 2:18-cv-02754-MCE-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| XAVIER BECERRA, et al., | |
| Defendants. | |

Plaintiff Arthur Harris ("Plaintiff"), proceeding without counsel, filed a motion to proceed in forma pauperis ("IFP Motion"). ECF No. 5. On January 10, 2019, the Magistrate Judge denied Plaintiff's IFP Motion. ECF No. 7. On March 22, 2019, this Court dismissed the case for failure to pay the filing fee, and judgment was entered that same day. ECF Nos. 19, 20. On October 24, 2019, the United States Court of Appeals for the Ninth Circuit ("USCA") vacated this Court's judgment and remanded the case for further proceedings on grounds that the Magistrate Judge lacked authority to deny Plaintiff's IFP Motion. ECF No. 23.

On November 5, 2019, this Court issued an Order denying Plaintiff's IFP Motion and dismissed the case, and judgment was entered the same day. ECF Nos. 24, 25. On November 12, 2019, Plaintiff filed his Notice of Appeal. ECF No. 26. On November 15, 2019, the USCA issued its formal mandate pursuant to Federal Rule of Appellate

Procedure 41(a).  ECF No. 28.  Because it was issued prematurely, the Court finds that it is appropriate to vacate the November 5, 2019, order and Plaintiff's November 12 Notice of Appeal, and now makes a timely determination on Plaintiff's IFP Motion.

For the reasons stated in the Magistrate Judge's order (<u>see</u> ECF No. 7), Plaintiff's IFP Motion, ECF No. 5, is DENIED.  This case is DISMISSED without prejudice, and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:  November 20, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE